THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 04cr54(1) |
| | : | Judge Jones |
| v. | : | |
| DEMETRIUS GREEN, | : | |
| Defendant | : | |

ORDER

AND NOW, this 16th day of June, 2005, upon consideration of the Joint Motion for Continuance of Trial (doc. 218), the said motion is GRANTED. The Court hereby finds that the government and the defendant need additional time to complete discovery and other pretrial preparation. For the above reasons, the Court finds the ends of justice served by continuing the case outweigh the best interest of the public and defendant in a speedy trial. Accordingly, it is hereby ordered as follows:

1. The trial in this matter is hereby continued to the October 2005 trial term

2. The trial is scheduled to commence with the selection of the jury on October 5, 2005 at 9:30 a.m., in courtroom # 1, Williamsport, Pennsylvania.

3. The period of time for the signing of this Order to the rescheduled date of trial shall be excluded under the Speedy Trial Act, United States Code, Section 3161(h)(8)(A).

s/ John E. Jones III
John E. Jones III
United States District Judge